IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0807
 ((((((((((((((((

 Rentech Steel, L.L.C., Petitioner

 v.

 Preston Teel, Lesa Crosswhite and Jennings Teel, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion to abate, filed on February 16, 2010, is
granted, and this case is ABATED to allow the parties to proceed with
settlement negotiations.
 2. This case is removed from the Court's active docket until March
22, 2010, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in status in the settlement proceedings.

 Done at the City of Austin, this 19th day of February, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk